UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MITCHELL DOMINGUE, Individually and on Behalf of All Others Similarly Situated** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | No: SA:15-CV-00038-OLG |
| **PREMIER FLOW CONTROL, LLC** | § § § | |
| **Defendant.** | § | |

## ADR REPORT

Pursuant to the Court's Scheduling Order and Local Rule CV-88, the parties jointly submit the following ADR Report:

1. No formal settlement negotiations have taken place at this time. However, the parties agree that this case is suitable for an early resolution.

2. The parties agree that ADR in the form of mediation would be an appropriate method to attempt to resolve this matter and have agreed to use William (Bill) H. Lemons, an experienced wage and hour mediator. The parties are in the process of scheduling mediation to take place in early August 2015. Attorneys Leonard Woods for Defendant and Lindsay Itkin for Plaintiff(s) discussed potential mediators at length, consulted with their respective clients regarding the same, and jointly selected Mr. Lemons based on his background and qualifications. The parties will share in the costs of mediation.

3. Attorneys Michael Josephson, Lindsay Itkin, and Andrew Dunlap of FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON and Richard (Rex) Burch of BRUCKNER BURCH, PLLC are responsible for settlement negotiations on behalf of the Plaintiff(s). Attorney Leonard Woods of DUGGINS, WREN, MANN & ROMERO, LLP, is responsible for settlement negotiations on behalf of Defendant.

Respectfully submitted,

*/s/ Lindsay R. Itkin*
**Michael A. Josephson**
Fed. Id. 27157
State Bar No. 24014780
**Lindsay R. Itkin**
Fed Id. 1458866
State Bar No. 24068647
**Andrew W. Dunlap**
Fed Id. 1093163
State Bar No. 24078444
**FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
litkin@fibichlaw.com
adunlap@fibichlaw.com

**AND**

**Richard J. (Rex) Burch**
Fed. Id. 21615
State Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF(S)**

Respectfully submitted,

*/s/ Leonard W. Woods*
**Leonard W. Woods**
State Bar No. 21958050
**DUGGINS, WREN, MANN & ROMERO, LLP**
600 Congress Ave., Suite 1900
Austin, Texas 78701
Tel: (512) 495-8867
Fax: (512) 744-9399
lwoods@dwmrlaw.com

**ATTORNEY IN CHARGE FOR DEFENDANT**